UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  **CV 23-6114-MWF(RAOx)**                                Date:  November 06, 2023

Title        **Fire Lyfe LLC v. David Jiang**

Present: The Honorable:        **MICHAEL W. FITZGERALD, United States District Judge**

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the Complaint was filed on July 27, 2023.  (Docket No. 1).  On October 11, 2023, Plaintiff filed a Proof of Service (the "POS") regarding service of the Summons and Complaint on Defendant David Jiang.  (Docket No. 15).  Pursuant to the POS, substituted service was completed on September 29, 2023, with mailing on October 2, 2023.  Defendant's response to the Complaint was due November 2, 2023.

The Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution.  In response to this Order to Show Cause, the Court will accept the following no later than **NOVEMBER 20, 2023**.

- **By Defendant**:  **Response to the Complaint**.  The parties may also file an appropriate stipulation to extend the time within which Defendant must respond to the Complaint.

    OR

- **By Plaintiff:  Application for Clerk to Enter Default**.

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  **CV 23-6114-MWF(RAOx)**                                        Date:  November 06, 2023

Title         **Fire Lyfe LLC v. David Jiang**

respond to the Order to Show Cause by **NOVEMBER 20, 2023** will result in the dismissal of this action.

    IT IS SO ORDERED.